UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| L.G. PHILIPS LCD CO., LTD., <br><br>                    Plaintiff, <br><br> v. <br><br> TATUNG CO., et al., <br><br>                    Defendants. | No. C07-398 MJP <br><br> ORDER |

    This matter comes before the Court on Defendant Tatung Company and Tatung Company of America, Inc.'s motion for a protective order limiting the scope of a third-party deposition and subpoena and request for an expedited hearing. (Dkt. No. 1).

    This dispute involves a deposition notice and subpoena issued in this district and served on third-party Amazon.com in connection with a patent infringement lawsuit pending in the United States District Court for the District of Delaware. Defendants filed a motion for protective order limiting discovery from Amazon.com. Plaintiff has requested that the Court formally transfer this dispute to the District of Delaware.. (Dkt. No. 3 at 6-7). In their Reply, Defendants state that they do not oppose the transfer. (Dkt. No. 5 at 3).

    The Court has the authority to transfer this matter to the court where the main action is pending. See In re Digital Equipment Corp., 949 F.2d 228, 231 (8th Cir. 1991); Fed. R. Civ. P. 26(c) advisory committee's note ("The court in the district where the deposition is being taken may, and frequently will, remit the deponent or party to the court where the action is pending."). Because the Delaware Court is in a better position to evaluate this dispute in light of the history of the discovery disputes between these parties and the facts at issue in the main case, and because neither party

ORDER - 1

opposes the transfer, the Court orders that this case be transferred to the United States District Court for the District of Delaware.

The Clerk is directed to prepare all necessary materials and transfer them as expeditiously as possible to the United States District Court for the District of Delaware. The Clerk is also directed to send copies of this order to all counsel of record.

Dated this 20th day of March, 2007.

Marsha J. Pechman
United States District Judge

ORDER - 2